*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided April 24, 2003

TRINA POLANCO, ADMINISTRATRIX (ESTATE
OF LUIS POLANCO), ET AL. *v.*
BILLY KITCHENS ET AL.

The petition by the plaintiff Trina Polanco et al. for certification for appeal from the Appellate Court (AC 23775) is denied.

*Robert D. Haun,* in support of the petition.

*Lorinda S. Coon,* in opposition.

Decided April 24, 2003

LUBA N. HILL *v.* JOHN R. WILLIAMS ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 74 Conn. App. 654 (AC 22149), is denied.

BORDEN, J., did not participate in the consideration or decision of this petition.

*Norman A. Pattis,* in support of the petition.

*Luba N. Hill,* pro se, in opposition.

Decided May 2, 2003

LUBA N. HILL *v.* JOHN R. WILLIAMS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 74 Conn. App. 654 (AC 22149), is denied.

BORDEN, J., did not participate in the consideration or decision of this petition.

*Luba N. Hill,* pro se, in support of the petition.

Decided May 2, 2003

STATEWIDE GRIEVANCE COMMITTEE *v.*
IRVING J. PINSKY

The defendant's petition for certification for appeal from the Appellate Court, 74 Conn. App. 906 (AC 22623), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Max F. Brunswick,* in support of the petition.

*Michael P. Bowler,* assistant bar counsel, in opposition.

Decided May 2, 2003

STATE OF CONNECTICUT *v.* VICTOR WEBB

The defendant's petition for certification for appeal from the Appellate Court, 75 Conn. App. 447 (AC 21834), is denied.

*David V. DeRosa,* special public defender, in support of the petition.

*Christopher T. Godialis,* assistant state's attorney, in opposition.

Decided May 2, 2003